UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEDRO LAZARO and BRYAN FUENTES,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                    Plaintiffs,

-v-

ELEFTHERIA REST CORP.
    d/b/a DON COQUI ASTORIA,
DC 115 CEDAR NR, LLC
    d/b/a GET SOUL,
DC WHITE PLAINS LLC
    d/b/a DON COQUI,
JOHN DOE CORPORATION #1,
    d/b/a DON COQUI ON THE WATER,
JOHN DOE CORPORATION #2
    d/b/a DON COQUI DYCKMAN,
DIMITRIOS MITSIOS,
JIMMY RODRIGUEZ JR.,
JALEENE RODRIGUEZ,
JEWELLE RODRIGUEZ,
ANGEL ORTEGA, and
RENE RODRIGUEZ,

                    Defendants.

Case No.: 7:21-cv-02666

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Pedro Lazaro and Plaintiff Bryan Fuentes hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated January 27, 2022 and annexed hereto as **Exhibit A**.

Dated: January 28, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor

New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Stephen A. Florek III, Esq.
2900 Westchester Avenue, Suite 405
Purchase, New York 10577
Telephone: (914) 219-4128
Email: stephen@florekcounsel.com

By: _____
C.K. Lee, Esq.