UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO LAZARO and BRYAN FUENTES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>                              Plaintiffs,<br><br>-v-<br><br>ELEFTHERIA REST CORP.<br>       d/b/a DON COQUI ASTORIA,<br>DC 115 CEDAR NR, LLC<br>       d/b/a GET SOUL,<br>DC WHITE PLAINS LLC<br>       d/b/a DON COQUI,<br>JOHN DOE CORPORATION #1,<br>       d/b/a DON COQUI ON THE WATER,<br>JOHN DOE CORPORATION #2<br>       d/b/a DON COQUI DYCKMAN,<br>DIMITRIOS MITSIOS,<br>JIMMY RODRIGUEZ JR.,<br>JALEENE RODRIGUEZ,<br>JEWELLE RODRIGUEZ,<br>ANGEL ORTEGA, and<br>       RENE RODRIGUEZ,<br><br>                              Defendants. | Case No.: 7:21-cv-02666<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants DC White Plains LLC d/b/a Don Coqui and Rene Rodriguez (collectively, "Defendants"), having offered to allow Plaintiff Pedro Lazaro and Plaintiff Bryan Fuentes ("Plaintiffs") to take a judgment against them, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), with respect to Plaintiffs' federal claims under the Fair Labor Standards Act, as amended, in accordance with the

terms and conditions of Defendants' Rule 68 Offer dated January 27, 2022 and filed as Exhibit A to Docket Number 87;

**WHEREAS**, on January 28, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 87);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Pedro Lazaro and Plaintiff Bryan Fuentes, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 27, 2022 and filed as Exhibit A to Docket Number 87.

**SO ORDERED:**

Dated: _____, 2022          _____
         New York, New York                                            U.S.D.J.